UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHI'S ACRES, INC., a California corporation; and ARCHIPLEY'S FAMILY FARM, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET SERVICE, INC., a Delaware corporation; WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation; and DOES 1–50, inclusive,<br><br>Defendants. | Case No.: 19-CV-2478 JLS (MSB)<br><br>**ORDER GRANTING MOTION FOR APPROVAL OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL**<br><br>(ECF No. 25) |

Presently before the Court is Defendants Whole Foods Market Service, Inc. and Whole Foods Market California, Inc.'s Motion for Approval of Substitution and Withdrawal of Counsel, (ECF No. 25). Defendants request that Lee H. Roistacher and Garrett A. Smee be withdrawn as counsel. Defendants have retained new counsel at the law offices of Brockman Bennett Quayle and will be represented by Matthew E. Bennett.

///

///

1 | Pursuant to Civil Local Rule 83.3(f)(2)-(3) and good cause appearing, the Court **GRANTS** the Motion. The Clerk **SHALL** update the docket to reflect the withdrawal and substitution.

**IT IS SO ORDERED.**

Dated: January 6, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge