UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHI'S ACRES, INC., a California corporation; and ARCHIPLEY'S FAMILY FARM, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET SERVICE, INC., a Delaware corporation; WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation; and DOES 1–50, inclusive,<br><br>Defendants. | Case No.: 19-CV-2478 JLS (MSB)<br><br>**ORDER DISMISSING CASE** |

On February 8, 2021, the Court dismissed Plaintiffs Archi's Acres, Inc. and Archipley's Family Farm, Inc.'s Complaint without prejudice for failure to state a claim upon which relief can be granted and lack of subject matter jurisdiction. ECF No. 27. Plaintiffs have failed to file an amended complaint by the March 10, 2021 deadline or otherwise appear in this matter. Accordingly, the Court dismisses Plaintiffs' suit **WITH**

///

///

///

1

1  **PREJUDICE**.  This Order concludes the litigation in this matter.  The Clerk of Court will
2  close the file.
3       **IT IS SO ORDERED.**
4  Dated:  April 28, 2021

                                                             *Hon. Janis L. Sammartino*
                                                             United States District Judge